# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| KENNETH DUKES, MARK A. GALE, CHRISTINE CHAVIS, AND DAVID R. FLY, individually, and as representatives of a Class of Participants and Beneficiaries of the AmerisourceBergen Corporation Employee Investment Plan,<br><br>Plaintiffs,<br><br>v.<br><br>AMERISOURCEBERGEN CORPORATION, et al.<br><br>Defendants | Case No. 3:23-CV-313-DJH-CHL |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on November 7, 2025 at 10:00 a.m., before the Honorable David J. Hale, United States District Judge, at the United States District Court for the Western District of Kentucky, in Louisville, Kentucky, Plaintiffs Kenneth Dukes, Mark A. Gale, Christine Chavis, and David R. Fly ("Plaintiffs") will and hereby do move this Court for an Order granting final approval of the parties' Class Action Settlement Agreement (Dkt. 49-1).

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and Paragraph 3.1 of the Parties' Class Action Settlement Agreement and is based on the accompanying Memorandum of Law and authorities cited therein, the Declarations of Paul M. Secunda and Jeffrey Mitchell and exhibits attached thereto, the previously filed declarations of the Class Representatives (Dkt. Nos. 50, 50-1, 50-2, and 50-3), the Settlement Agreement, and all files, records, and proceedings in this matter. A proposed Final Approval Order is being submitted in connection with this motion as

**Exhibit 1** to this Motion.

    Defendants do not oppose the motion as parties to the Settlement.

Respectfully Submitted,

Dated this 23rd day of October, 2025

**WALCHESKE & LUZI, LLC**

s/ Paul M. Secunda
Paul M. Secunda
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: psecunda@walcheskeluzi.com

**PAUL HERSHBERG LAW, PLLC**

Paul Hershberg
Kaden Tower, Suite 1100
6100 Dutchmans Lane
Louisville, Kentucky 40205
Telephone: 502-736-7040
Facsimile: 502-736-7510
paul@hershberglaw.com

*Attorneys for Plaintiffs and Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2025, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<u>s/Paul M. Secunda</u>
Paul M. Secunda